# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHELLE ORGIN,

*Plaintiff*

v.

CENTRAL PORTFOLIO CONTROL INC., AND SCOTT FISHER,

*Defendant*

Civil Action No. CV-13-271-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Clerk of the court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs or attorneys fees to any party. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 26, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy